AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCALLA, JON P. | U.S. DISTRICT COURT | 06/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

167 N. MAIN STREET
11TH FLOOR
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. MCCALLA FARMS, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | K | T | | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | B | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | L | T | | | | | |
| 8. IRA-WELLS FARGO-FIRST EAGLE SOGEN FDS INC GLOBAL FD CL A | D | Dividend | M | T | | | | | |
| 9. IRA-WELLS FARGO-AMERICAN FUNDS-NEW PERSPECTIVE | C | Dividend | L | T | | | | | |
| 10. IRA-WELLS FARGO-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 11. SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 12. AMERICAN FUNDS-INVESTMENT CO OF AMERICA | C | Dividend | K | T | | | | | |
| 13. AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | B | Dividend | K | T | | | | | |
| 14. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | B | Rent | K | W | | | | | |
| 15. FRACTIONAL INTEREST IN FARM LAND, INHERITED, SHELBY CO, TN | B | Rent | L | W | | | | | |
| 16. IRA-WELLS FARGO-VAN KAMPEN FD-VAN KAMPEN GROWTH & INCOME | D | Dividend | L | T | | | | | |
| 17. IRA-WELLS FARGO-AMERICAN FUNDS-GROWTH FUND OF AMERICA | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA-WELLS FARGO-ALLSTATE LIFE INS T-LINK ANNUITY | | None | M | T | | | | | |
| 19. IRA-WELLS FARGO-GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 20. IRA-WELLS FARGO-PIMCO FUNDS-PAC INVT MGMT COM REAL RET STRAT | A | Dividend | K | T | | | | | |
| 21. IRA-WELLS FARGO-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | B | Dividend | L | T | | | | | |
| 22. PUTNAM FUNDS-PUTNAM FLOATING RATE INCOME FD CL C | B | Dividend | L | T | | | | | |
| 23. IRA-WELLS FARGO-CASH | A | Interest | J | T | | | | | |
| 24. WACHOVIA BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 25. SHS TRUSTMARK BANK COMMON | A | Dividend | J | T | | | | | |
| 26. AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | A | Interest | K | T | | | | | |
| 27. AMERICAN FUNDS-TAX EXEPMT BOND FUND CL A | A | Interest | K | T | | | | | |
| 28. PUTNAM DIVERSIFIED INCOME TR | B | Dividend | K | T | | | | | |
| 29. IRA-WELLS FARGO-CALAMOS NEW MARKET NEUTRAL CL I | B | Dividend | L | T | | | | | |
| 30. IRA-WELLS FARGO-GROWTH FUND OF AMERICA CL FI | D | Dividend | L | T | | | | | |
| 31. IRA-WELLS FARGO-HOTCHKIS & WILEY LARGE CAP VAL CL I | C | Dividend | M | T | | | | | |
| 32. IRA-WELLS FARGO-FIRST EAGLE FDS INC GLOBAL | C | Dividend | L | T | | | | | |
| 33. FIDELITY-NUVEEN PREMIER MUN INC FD | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FIDELITY-NUVEEN INVT QUALITY MUN FUND | C | Dividend | L | T | | | | | |
| 35. FIDELITY-NUVEEN SELECT QUALITY MUN FUND | B | Int./Div. | K | T | | | | | |
| 36. FIDELITY-CASH | A | Interest | K | T | | | | | |
| 37. FIDELITY-WESTERN ASSET MANAGED (ticker MMU) FUND | A | Dividend | K | T | | | | | |
| 38. TEMPLETON GLOBAL BOND FUND | B | Dividend | K | T | | | | | |
| 39. PROCTOR & GAMBLE | A | Dividend | | | Sold | 04/23/14 | K | C | |
| 40. GENERAL MILLS | A | Dividend | | | Sold | 04/22/14 | K | D | |
| 41. IRA-TEMPLETON INCOME TR GLOBAL ADV | C | Dividend | L | T | | | | | |
| 42. IRA-LORD ABBOT SHORT DURATION INCOME | B | Dividend | K | T | | | | | |
| 43. IRA-LOOMIS SAYLES STRATEGIC INCOME | D | Dividend | L | T | | | | | |
| 44. IRA-LOOMIS SAYLES INVT GRADE BOND | D | Dividend | L | T | | | | | |
| 45. IRA-INVESTMENT CO OF AMERICA | C | Dividend | K | T | | | | | |
| 46. IRA-HUSSMAN INVT STRATEGIC TOTAL RETURN | A | Dividend | L | T | | | | | |
| 47. IRA-GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 48. IRA-GATEWAY FUND | B | Dividend | L | T | | | | | |
| 49. IRA-FIDELITY ADV NEW INSIGHTS | D | Dividend | L | T | | | | | |
| 50. IRA-FIDELITY ADV STRATEGIC INCOME | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. IRA-DOUBLELINE TOTAL RETURN BOND | D | Dividend | M | T | | | | | |
| 52. IRA-AT&T | B | Dividend | K | T | | | | | |
| 53. IRA-CASH | A | Interest | J | T | | | | | |
| 54. FIDELITY ADV EMERGING MKTS | D | Dividend | L | T | | | | | |
| 55. IRA-TEMPLETON GLOBAL BOND | B | Dividend | K | T | | | | | |
| 56. NUVEEN TN MUNI BD | C | Interest | M | T | | | | | |
| 57. COLUMBIA ACORN CLASS Z | D | Dividend | | | Sold | 12/11/14 | K | A | |
| 58. IRA-PIMCO ALL ASSET ALL AUTHORITY | A | Dividend | K | T | | | | | |
| 59. IRA-FIDELITY ADVISOR SER VII EMERG MKT INC | A | Dividend | K | T | | | | | |
| 60. NUVEEN TN MUNI BD | A | Interest | K | T | | | | | |
| 61. FIDELITY-BLACKROCK MUNI INC QUALITY | B | Interest | K | T | | | | | |
| 62. FIDELITY-NUVEEN DIV ADVANTAGE MUNI | B | Interest | K | T | | | | | |
| 63. FIDELITY-NUVEEN MUN OPPORTUNITY FD | B | Interest | K | T | | | | | |
| 64. FIDELITY-NUVEEN PERFORMANCE PLUS MUN | B | Interest | K | T | | | | | |
| 65. FIDELITY-NUVEEN PREM INC MUN FD 2 | A | Interest | K | T | | | | | |
| 66. FIDELITY-ISHARES S&P 500 GROWTH ETF | A | Dividend | K | T | | | | | |
| 67. FIDELITY-ISHARES S&P 500 VALUE ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. FIDELITY-ISHARES CORE S&P 500 ETF | B | Dividend | L | T | | | | | |
| 69. FIDELITY-SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES | A | Dividend | J | T | | | | | |
| 70. VOYA SR INCOME FD CL C | B | Dividend | K | T | | | | | |
| 71. IRA-WELLS FARGO FPA FDS TR CRESCENT PORTFOLIO | C | Dividend | L | T | | | | | |
| 72. IRA-WELLS FARGO HIGHLAND FDS FLTG RATE OPPORTUNITY | B | Dividend | L | T | | | | | |
| 73. IRA-WELLS FARGO NUVEEN BUILD AMER BD FD | C | Interest | K | T | | | | | |
| 74. SCHWAB-ASHFORD HOSPITAL 8.45% PFD | B | Interest | K | T | | | | | |
| 75. SCHWAB-EXCEL TRUST 8.125% | B | Interest | K | T | | | | | |
| 76. SCHWAB-FIRST POTOMAC 7.75% | B | Interest | K | T | | | | | |
| 77. SCHWAB-GLIMCHER REA 8.125% | B | Interest | K | T | | | | | |
| 78. SCHWAB-HERSHA HOSP 8% | B | Interest | K | T | | | | | |
| 79. SCHWAB-KITE REALTY 8.25% | B | Interest | K | T | | | | | |
| 80. SCHWAB-MUNI MONEY FUND | A | Interest | J | T | | | | | |
| 81. SCHWAB-NORTHSTAR REA 8.25% | B | Interest | K | T | | | | | |
| 82. SCHWAB-PEBBLEBROOK HOTEL 8% | B | Interest | K | T | | | | | |
| 83. SCHWAB-STAG INDL 6.25% | A | Interest | J | T | | | | | |
| 84. SCHWAB-SUMMIT HOTEL 7.7875% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. SCHWAB-EQUITY COMMONWEALTH TH R 7.25% PFD | A | Interest | K | T | | | | | |
| 86. SCHWAB-UMH PROPERTIES 8.25% PFD | A | Interest | J | T | Buy (add'l) | 06/02/14 | J | | |
| 87. IRREVBL TRUST U/A DTD 12/29/1999 DOD 8/23/2014 INCOME BENEFICIARY | D | Int./Div. | N | T | | | | | |
| 88. -3M CO X | | | | | Sold | 11/18/14 | K | B | |
| 89. -ALCATEL-LUCENT ADS X | | | | | Sold (part) | 11/18/14 | J | A | |
| 90. | | | | | Sold | 12/18/14 | J | A | |
| 91. -AT&T X | | | | | | | | | |
| 92. -BANK OF AMERICA X | | | | | Sold (part) | 11/18/14 | J | A | |
| 93. | | | | | Sold | 12/18/14 | J | A | |
| 94. -CENTURYLINC INC X | | | | | Sold (part) | 11/18/14 | J | A | |
| 95. | | | | | Sold | 12/18/14 | J | A | |
| 96. -CHEVRON X | | | | | Sold (part) | 11/18/14 | K | A | |
| 97. -EXXON MOBIL X | | | | | Sold (part) | 11/18/14 | M | A | |
| 98. -FIRST HORIZON X | | | | | Sold (part) | 11/18/14 | J | A | |
| 99. | | | | | Sold | 12/18/14 | J | A | |
| 100. -FRONTIER COMMUNICATIONS X | | | | | Sold | 11/18/14 | J | A | |
| 101. -JPMORGAN CHASE X | | | | | Sold (part) | 11/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 12/18/14 | J | A | |
| 103.  -MERCK & CO NEW X | | | | | Sold | 11/18/14 | K | A | |
| 104.  -PUBLIC SERVICE ENTERPRISE X | | | | | Sold (part) | 11/18/14 | J | A | |
| 105. | | | | | Sold | 12/18/14 | J | A | |
| 106.  -RAYTHEON CO NEW X | | | | | Sold (part) | 11/18/14 | J | A | |
| 107. | | | | | Sold | 12/18/14 | J | A | |
| 108.  -VERIZON COMMUNICATIONS X | | | | | Sold (part) | 11/18/14 | K | B | |
| 109. | | | | | Sold | 12/18/14 | J | A | |
| 110.  -VODAPHONE GROUP X | | | | | Sold | 11/18/14 | J | A | |
| 111.  -WISDOMTREE TRUST EMERGING MKT EQT | | | | | Buy | 11/18/14 | K | | |
| 112.  -GUGGENHEIM MULTI-ASSET INCOME | | | | | Buy | 11/18/14 | K | | |
| 113.  -FIRST TRUST DJ GL SEL DVD | | | | | Buy | 11/18/14 | K | | |
| 114.  -SPDR S&P DIVIDEND | | | | | Buy | 11/18/14 | K | | |
| 115.  -MACY'S INC | | | | | Buy | 11/18/14 | J | | |
| 116.  -BLACKROCK INC | | | | | Buy | 11/18/14 | J | | |
| 117.  -DOW CHEMICAL | | | | | Buy | 11/18/14 | J | | |
| 118.  -CORNING INC | | | | | Buy | 11/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  -WALGREENS BOOTS ALLIANCE | | | | | Buy | 11/18/14 | J | | |
| 120.  -ABBVIE INC | | | | | Buy | 11/18/14 | J | | |
| 121.  -BOEING CO | | | | | Buy | 11/18/14 | J | | |
| 122.  -MORGAN STANLEY CASH ACCOUNT | | | | | Buy | 11/18/14 | K | | |
| 123.  CONOCOPHILLIPS | | None | K | T | Buy | 12/11/14 | K | | |
| 124.  IRA-WELLS FARGO-PIONEER SER TR X DYNAMIC CR VD | B | Dividend | L | T | Buy | 04/22/14 | L | | |
| 125.  IRA-WELLS FARGO-JOHNSON & JOHNSON | | None | K | T | Buy | 12/11/14 | K | | |
| 126.  IRA-WELLS FARGO-SWEEP ACCOUNT | A | Interest | K | T | Buy | 01/02/14 | K | | |
| 127.  AT&T X | A | Dividend | J | T | | | | | |
| 128.  PIONEER MULTI ASSET INC C X | A | Dividend | | | Sold | 08/28/14 | J | A | |
| 129.  CLIFFS NAT 7000 X | A | Interest | | | Sold | 08/28/14 | J | A | |
| 130.  DOUBLELINE INCOME SOLUTIONS FD X | A | Dividend | J | T | | | | | |
| 131.  GOLDMAN SACHS MLP INC OPPTY FD X | A | Dividend | J | T | | | | | |
| 132.  UNIT GUGGENHEIM INTL DIV STRAT 21 X | A | Dividend | J | T | | | | | |
| 133.  UNIT AAM STRATEGIC HIGH 50/Q50 DV & GRWTH 141Q X | A | Dividend | J | T | | | | | |
| 134.  PIONEER MULTI ASSET INC C X | A | Dividend | J | T | | | | | |
| 135.  MORGAN STANLEY MONEY MARKET X | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. UNIT AAM AM RENAISSANCE 13-1 X | A | Dividend | J | T | Sold (part) | 08/28/14 | J | A | |
| 137. UNIT FIRST TRUST EUR DEEP VAL SUB 105 X | A | Dividend | J | T | Sold (part) | 08/28/14 | J | A | |
| 138. INVESCO FLOATING RATE C X | A | Dividend | | | Sold | 08/28/14 | J | A | |
| 139. FIDELITY ADV GRW OPPORT C X | | None | J | T | | | | | |
| 140. TOUCHSTONE PREM YIELD EQ C X | A | Dividend | J | T | | | | | |
| 141. FIDELITY ADV NEW INSIGHTS X | A | Dividend | J | T | | | | | |
| 142. VIRTUS GLBL MUL SEC 1 X | A | Dividend | J | T | | | | | |
| 143. UNIT AAM SR VAR RT&INC 13-2 X | | None | | | Sold | 08/28/14 | J | A | |
| 144. UNIT AAM HIGH 80 DIV 2013-2Q X | A | Dividend | | | Sold | 08/18/14 | J | B | |
| 145. UNIT FIRST TRUST SABFIENT BAKERS DOZ 2014 X | A | Dividend | J | T | | | | | |
| 146. UNIT FIRST TRUST DIVIDEND STRENGTH 18 X | A | Dividend | J | T | | | | | |
| 147. INVESCO GROWTH & INCOME C X | | None | | | Sold | 08/28/14 | J | A | |
| 148. FIRST TRUST MID CAP VALUE | A | Dividend | K | T | Buy | 09/08/14 | K | | |
| 149. ISHARES SMALL CAP 600 ETF | A | Dividend | K | T | Buy | 09/08/14 | K | | |
| 150. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 151. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 152. VANGUARD MID CAP VALUE ETF | A | Dividend | K | T | Buy | 09/08/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 154.   VANGUARD MID CAP GROWTH ETF | A | Dividend | K | T | Buy | 10/31/14 | J | | |
| 155. | | | | | Buy (add'l) | 11/12/14 | K | | |
| 156.   POWERSHARES S&P SC INDUSTRIAL | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 157.   TRIMTABS BLOAT SHRINK ETF | A | Dividend | K | T | Buy | 11/12/14 | J | | |
| 158.   MORGAN STANLEY BANK | | None | K | T | Buy | 11/13/14 | J | | |
| 159. | | | | | Buy (add'l) | 11/13/14 | K | | |
| 160. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN MCCALLA FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94.

SCHEDULE VII, LINE 14
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 15
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 70
ING SR INCOME FD CL C CHANGED NAME TO VOYA SR INCOME FD CL C

SCHEDULE VII, LINE 87
TRUST ESTABLISHED BY INHERITANCE FROM          DOD 8/23/14

SCHEDULE VII, LINE 85
COMMONWEALTH TH R 7.25% PFD CHANGED NAME TO EQUITY COMMONWEALTH 7.25% PFD

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JON P. MCCALLA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544